UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNIFIED MESSAGING SYSTEMS, LLC,** | |
| Plaintiff, | Case No. 1:12-cv-1486 |
| v. | Judge Joan Humphrey Lefkow |
| **CAREERBUILDER, LLC,** | JURY TRIAL DEMANDED |
| Defendant. | |

**STIPULATION OF JOINT DISMISSAL WITHOUT PREJUDICE
OF ALL CLAIMS AND COUNTERCLAIMS BETWEEN THE
PLAINTIFF AND DEFENDANT CAREERBUILDER, LLC.**

Plaintiff Unified Messaging Solutions, LLC and Defendant Careerbuilder, LLC, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismiss without prejudice all claims and counterclaims between the parties to this stipulation, with each party bearing their own attorney's fees and other expenses.

1

DATED: June 1, 2012                              Respectfully submitted,

| | |
|---|---|
| **INNOVALAW, P.C.** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| /s/ Timothy E. Grochocinski | By /s/ David A. Nelson |
| Timothy E. Grochocinski | David A. Nelson |
| INNOVALAW, P.C. | davenelson@quinnemanuel.com |
| 1900 Ravinia Place | Thomas W. Cushing |
| Orland Park, IL 60462 | thomascushing@quinnemanuel.com |
| P. 314-853-8146 | 500 West Madison St., Suite 2450 |
| teg@innovalaw.com | Chicago, Illinois 60661 |
| | Telephone: (312) 705-7400 |
| Anthony G. Simon | Tigran Vardanian |
| Benjamin R. Askew | tigranvardanian@quinnemanuel.com |
| Michael P. Kella | 51 Madison Avenue, 22nd Floor |
| SIMON LAW FIRM, P.C. | New York, New York, 10010 |
| 800 Market Street, Suite 1700 | Telephone: (212) 849-7000 |
| Saint Louis, Missouri 63101 | |
| P. 314.241.2929 | ***ATTORNEYS FOR DEFENDANT*** |
| F. 314.241.2029 | ***CAREERBUILDER, LLC*** |
| asimon@simonlawpc.com | |
| baskew@simonlawpc.com | |
| mkella@simonlawpc.com | |
| ***ATTORNEYS FOR PLAINTIFF*** | |
| ***UNIFIED MESSAGING SOLUTIONS, LLC*** | |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all parties of record on June 1, 2012 via the Court's CM/ECF system.

   /s/ Timothy E. Grochocinski
   Timothy E. Grochocinski