# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 1486 | **DATE** | 6/5/2012 |
| **CASE TITLE** | Unified Messaging Solutions, LLC vs. CareerBuilder, LLC | | |

**DOCKET ENTRY TEXT**

Pursuant to Plaintiff Unified Messaging Solutions, LLC and Defendant CareerBuilder, LLC's Stipulation of Joint Dismissal without Prejudice [29], enter Order. All claims between the Plaintiff and Defendant CareerBuilder, LLC are hereby dismissed without prejudice, with each party to bear their own costs and expenses. Case dismissed with prejudice. Status hearing of 6/7/2012 stricken. Civil case terminated.

■ [ For further detail see separate order(s).]   Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | MD |
|---|---|---|