**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**UNIFIED MESSAGING SYSTEMS, LLC,**

               **Plaintiff,**               Case No. **1:12-cv-1486**

**v.**                                          **Judge Joan Humphrey Lefkow**

**CAREERBUILDER, LLC,**           **JURY TRIAL DEMANDED**

               **Defendant.**

## ORDER

Plaintiff Unified Messaging Solutions, LLC ("Plaintiff") and Defendant CareerBuilder, LLC's Stipulation of Joint Dismissal without Prejudice is GRANTED. All claims between the Plaintiff and Defendant CareerBuilder, LLC are hereby dismissed without prejudice, with each party to bear their own costs and expenses.

DATED: June 5, 2012                                        _/s/ Joan N. Lefkow_
                                                            JUDGE JOAN HUMPHREY LEFKOW
                                                            U.S. District Court Judge